In re OUTCAULT.

(Circuit Court, S. D. New York. November 15, 1906.)

PATENTS—CONTEST IN PATENT OFFICE—POWER OF COURT TO ISSUE SUBPŒNA DUCES TECUM.

Rev. St. § 4906 [U. S. Comp. St. 1901, p. 3390], providing for the issuance by the clerk of any federal court of subpœnas for witnesses within the district for the taking of testimony for use in any contested case pending in the Patent Office, does not authorize the issuance of a subpœna duces tecum; nor is such subpœna authorized in such proceeding by Rev. St. § 716 [U. S. Comp. St. 1901, p. 580], which deals only with writs necessary for the exercise by the courts of their own jurisdiction.

On Petition for Order to Punish for Contempt.

Benno Loewy, for the motion.
W. A. Megrath, opposed.

LACOMBE, Circuit Judge. The provisions of section 4906, Rev. St. [U. S. Comp. St. 1901, p. 3390], are broad enough to cover the issuance of subpœna in this proceeding, which certainly is "a contested case pending in the Patent Office." That section, however, does not authorize the issuance of a subpœna duces tecum; nor can any such authorization be found in section 716 [U. S. Comp. St. 1901, p. 580], which deals only with writs necessary for the exercise of the court's own jurisdiction to hear and determine a controversy before it. The decision of Judge Dallas in Ex parte Moses (C. C.) 53 Fed. 346, is approved and followed.

The petitioner may take an order holding parties in contempt for failure to "appear and testify," and a fine of $50 to the United States is imposed in each case. If respondents wish to review this decision,

provision will be made for suspending payment of the fines pending appeal.

The application to punish for failure to produce books and papers is denied.